1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                              EASTERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,

12                Plaintiff,                    No. CR. S-08-0263 FCD

13          v.

14    JAMES KEVIN DIXON,                        **RELATED CASE ORDER**

15                Defendant.
      _____/
16

17    UNITED STATES OF AMERICA,

18                Plaintiff,                    No. CR. S-08-0579 GEB

19          v.

20    JAMES KEVIN DIXON,

21                Defendant.
      _____/

22          Examination of the above-entitled actions reveals that they are related within the meaning

23    of Local Rule 83-123(a) (E.D. Cal. 1997).  The actions involve the same defendant and are based

24    on similar questions of fact, and would therefore entail a substantial duplication of labor if heard

25    by different judges.  Accordingly, the assignment of the matters to the same judge is likely to

26    effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

27          The parties should be aware that relating the cases under Local Rule 83-123 merely has

28    the result that these actions are assigned to the same judge; no consolidation of the actions is

effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated, CR.S-08-0579 is reassigned to Judge Frank C. Damrell, Jr. for all further proceedings, and any dates currently set in the reassigned case <u>only</u> are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned cases shall be shown as **CR. S-08-0579 FCD**.

IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED:  May 1, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE