**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P. C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95618**
   **Telephone:  530.759.0700**
   **Facsimile:    530.759.0800**

**Attorney for Defendant**
JAMES KEVIN DIXON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR S 08-579 GEB |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE** |
| JAMES KEVIN DIXON, | |
| Defendant. | |

It is hereby stipulated and agreed to between plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Matthew Segal, Assistant United States Attorney, and defendant, JAMES KEVIN DIXON, through his counsel of record, Joseph J. Wiseman, that the status conference now scheduled for May 1, 2005, at 9:00 a.m. in the above-captioned case be continued to May 15, 2009, at 9:00 a.m. in order to give defendant and his counsel additional time to review and consider a proposed Plea Agreement.

The parties agree that time beginning May 1, 2009, and extending through May 15, 2009, should be excluded from the calculation of time under the Speedy Trial Act. The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). The parties submit that the interest of justice outweighs the best interest of the public and the defendant in a speedy trial. 18 U.S.C. §

3161(c)(1), (h)(8)(A).

Dated: April 30, 2009    Respectfully submitted,

JOSEPH J. WISEMAN, P.C.


By:    /s/ Joseph J. Wiseman

    JOSEPH J. WISEMAN
    Attorney for Defendant
    JAMES KEVIN DIXON


Dated: April 30, 2009    LAWRENCE G. BROWN
    United States Attorney


By:    /s/ Matthew D. Segal

    MATTHEW D. SEGAL, AUSA
    Attorney for Plaintiff
    UNITED STATES OF AMERICA

GOOD CAUSE having been shown, IT IS HEREBY ORDERED THAT the status conference set for May 1, 2009 at 9:00 a.m. be continued to May 15, 2009 at 9:00 a.m. IT IS FURTHER ORDER THAT the time beginning May 1, 2009, and extending through May 15, 2009, shall be excluded from the calculation of time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

Dated: 5/1/09

    GARLAND E. BURRELL
    UNITED STATES DISTRICT JUDGE

2