1  **JOSEPH J. WISEMAN, ESQ., CSBN 107403**
   **JOSEPH J. WISEMAN, P. C.**
2     1477 Drew Avenue, Suite 106
      Davis, California 95618
3     Telephone:  530.759.0700
      Facsimile:    530.759.0800
4
5  **Attorney for Defendant**
   JAMES KEVIN DIXON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| UNITED STATES OF AMERICA, | ) | Case No. CR. S-08-263 FCD |
|---|---|---|
| Plaintiff, | ) | CR. S-08-579 FCD |
| vs. | ) | |
| JAMES KEVIN DIXON, | ) | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| Defendant. | ) | |

It is hereby stipulated and agreed to between plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Matthew Segal, Assistant United States Attorney, and defendant, JAMES KEVIN DIXON, through his counsel of record, Joseph J. Wiseman, and without objection from the United States Probation Officer assigned to this case, that the sentencing of defendant now scheduled for July 27, 2006 at 10:00 a.m., be rescheduled to October 5, 2009 at 10:00 a.m.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

STIPULATION AND ORDER TO CONTINUE SENTENCING

1

The parties are requesting this continuance to provide the probation officer with additional time to prepare the case for sentencing.

Dated: July 7, 2009                    Respectfully submitted,

                                             JOSEPH J. WISEMAN, P.C.

                                             By:     /s/ Joseph J. Wiseman

                                                   JOSEPH J. WISEMAN
                                                   Attorney for Defendant
                                                   JAMES KEVIN DIXON

Dated: July 7, 2009                    LAWRENCE G. BROWN
                                                   United States Attorney

                                             By:     /s/ Matthew D. Segal

                                                 MATTHEW D. SEGAL, AUSA
                                                 Attorney for Plaintiff
                                                 UNITED STATES OF AMERICA

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the sentencing of defendant JAMES KEVIN DIXON in the above-captioned case shall be continued to October 5, 2009 at 10:00 a.m.

Dated: July 8, 2009

_____
 FRANK C. DAMRELL, JR.
 UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO CONTINUE SENTENCING