**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P. C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95618**
   **Telephone: 530.759.0700**
   **Facsimile:   530.759.0800**

**Attorney for Defendant**
JAMES KEVIN DIXON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JAMES KEVIN DIXON, ) <br> ) <br> Defendant. ) <br> ) | Case No. CR. S-08-263 FCD <br> CR. S-08-579 FCD <br><br> **AMENDED STIPULATION AND** <br> **ORDER TO CONTINUE SENTENCING** |

    It is hereby stipulated and agreed to between plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Matthew Segal, Assistant United States Attorney, and defendant, JAMES KEVIN DIXON, through his counsel of record, Joseph J. Wiseman, and without objection from the United States Probation Officer assigned to this case, that the sentencing of defendant now scheduled for July 27, 2006 at 10:00 a.m., be rescheduled to October 5, 2009 at 10:00 a.m.

    Pursuant to this stipulation, the Schedule for Disclosure of Presentencing Report is modified as follows: the Proposed Presentence Report shall be disclosed to counsel no later than August 31, 2009; counsel's written objections to the Presentence Report shall be delivered to the probation officer and opposing counsel no later than September 7, 2009; the Presentence Report shall be filed with the court and disclosed to counsel no later than  September 21, 2009; and a

1

Motion for Correction of the Presentence Report shall be filed with the court and served on the probation officer and opposing counsel no later than September 28, 2009.

The parties are requesting this continuance to provide the probation officer with additional time to prepare the case for sentencing.

Dated: July 13, 2009                           Respectfully submitted,

                                               JOSEPH J. WISEMAN, P.C.


                                               By:    /s/ Joseph J. Wiseman
                                                      JOSEPH J. WISEMAN
                                                      Attorney for Defendant
                                                      JAMES KEVIN DIXON


Dated: July 13, 2009                           LAWRENCE G. BROWN
                                               United States Attorney


                                               By:    /s/ Matthew D. Segal
                                                      MATTHEW D. SEGAL, AUSA
                                                      Attorney for Plaintiff
                                                      UNITED STATES OF AMERICA

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the sentencing of defendant JAMES KEVIN DIXON in the above-captioned case shall be continued to October 5, 2009 at 10:00 a.m., and the Schedule for Disclosure of Presentence Report is modified as stated herein.

Dated:  July 14, 2009

                                               FRANK C. DAMRELL, JR.
                                               UNITED STATES DISTRICT JUDGE