# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

| | | | |
|---|---|---|---|
| **Name of Offender:** | Kevin James Dixon | **Docket Number:** | 0972 2:08CR00579-01 and 2:08CR00263-01 |

**Name of Judicial Officer**:   Garland E. Burrell, Jr., United States District Judge

**Date of Original Sentence:**   10/5/2009

**Original Offense:** 2:08CR00579:  18 USC 922(g)(1) – Possession of a Firearm Having Been Previously Convicted of an Offense Punishable By a Term of Imprisonment Exceeding One Year (Class C Felony); 2:08CR00263:  18 USC 2314 – Interstate Transportation of Money Obtained by Fraud (Class C Felony).

**Original Sentence:** 2:08CR00579:   78 months custody Bureau of Prisons (concurrent with Docket Number 2:08CR00263); 36 months Supervised Release (concurrent with Docket Number 2:08CR00263); $100 special assessment; Mandatory drug testing; No firearms; DNA collection; 2:08CR00263: 78 months custody Bureau of Prisons (concurrent with Docket Number 2:08CR00579); 36 months Supervised Release (concurrent with Docket Number 2:08CR00579); $100 special assessment; $124,510 restitution; Mandatory drug testing; No firearms; DNA collection.

**Special Conditions:**

1. Warrantless Search
2. Financial Disclosure
3. Financial Restrictions
4. Drug/Alcohol Treatment
5. Drug/Alcohol Testing
6. No Alcohol
7. Mental Health Treatment
8. Aftercare Co-payment
9. Phone Record Disclosure
10. Co-Defendant and Gang Association Restrictions

**Type of Supervision:**   Supervised Release

**Date Supervision Commenced:**   7/24/2013 (Middle District of Florida)

**Other Court Actions:**

**09/22/2014:**   Report of Offender Under Supervision submitted alleging a positive drug test for marijuana. No formal action recommended.

**12/17/2014:**   Report of Offender Under Supervision submitted alleging a new law violation, battery. He was admonished and directed to complete anger management.

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

11.   You shall perform 25 hours of community service and follow the probation officer's instructions regarding the implementation of this court directive.

**Justification:** On July 24, 2013, the offender's supervised release commenced in the Middle District of Florida. He was referred to mental health and drug abuse treatment. Both were completed on May 31, 2014. The offender has paid $1,643.09 toward his restitution and has an outstanding balance of $122,966. He continues to attend ITT Tech for a degree in counseling. However, on June 15, 2015, the offender submitted a urine sample that returned positive for marijuana. On June 18, 2015, when confronted about the positive drug test, he admitted he had used marijuana one week prior to testing, and again on June 15, 2015. The offender informed the probation officer that his use was triggered by stress and unresolved issues with the Department of Children and Family Services. Based on this conduct, the probation officer recommends a modification of the terms and conditions of supervision to include 25 hours of community service. Attached is a copy of the signed Prob 49 - Waiver of Hearing form. The probation officer is also requesting transfer of jurisdiction.

Respectfully submitted,

*Brenda Barron-Harrell*

**BRENDA BARRON-HARRELL**
**United States Probation Officer**
Telephone: (916) 930-4397

**DATED:**   7/15/2015

Reviewed by,

**/s/ Jeffrey C. Oestreicher**

**JEFFREY OESTREICHER**
**Supervising United States Probation Officer**

## THE COURT ORDERS:

☒  Modification approved as recommended.

☐  Modification not approved at this time.  Probation Officer to contact Court.

☐  Other

Dated:  July 28, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

CC:

United States Probation

Assistant United States Attorney:

Defense Counsel: